UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
PRECEDO CAPITAL GROUP INC. and
CONTINENTAL ADVISORS SA,

                        Plaintiffs,

      -against-

TWITTER INC.,

                        Defendant.
-------------------------------------------------------------------------------X

**NOTICE OF APPEAL
IN CIVIL CASE**

Civil Action No.:
13-CV-7678 (SAS)

Notice is hereby given that Precedo Capital Group Inc. and Continental Advisors SA,

plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the

Second Circuit, from each and every part of the Opinion and Order of this Court (Shira A. Scheindlin,

U.S.D.J.) dated April 21, 2014, and from each and every part of the Judgment of this Court entered

April 22, 2014, granting Defendant's motion dismissing Plaintiffs' complaint for failure to state a

claim upon which relief can be granted.

      Dated:        Bayside, New York
                  May 21, 2014

                            SIM & RECORD, LLP

                            MARC ANDREW WILLIAMS, ESQ. (MW2080)
                            *Attorneys for Plaintiffs*
                            PRECEDO CAPITAL GROUP INC. and
                            CONTINENTAL ADVISORS SA
                            42-40 Bell Boulevard, Suite 602
                            Bayside, New York 11361
                            (718) 631-7300

To:     SIMPSON THACHER & BARTLETT, LLP
        *Attorneys for Defendant*
        TWITTER INC.
        425 Lexington Avenue
        New York, New York 10017
        (212) 455-2000

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:13–cv–07678–SAS

Precedo Capital Group LLC v. Twitter Inc.
Assigned to: Judge Shira A. Scheindlin
Cause: 28:1332 Diversity–Other Contract

Date Filed: 10/30/2013
Date Terminated: 04/22/2014
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or
Truth–In–Lending
Jurisdiction: Diversity

**Plaintiff**

**Precedo Capital Group LLC**

represented by **Joseph Peter Baratta , Sr.**
Baratta, Baratta &Aidala LLP
597 Fifth Avenue
New York, NY 10036
212–750–9700
Fax: 212–750–8297
Email: jpbaratta@barattalaw.com
*ATTORNEY TO BE NOTICED*

**Ottavio Vincenzo Mannarino**
Baratta, Baratta &Aidala LLP
546 5th Avenue
New York, NY 10036
(718)–619–0932
Fax: (212) 750–8297
Email: mannarino@barattalaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Continental Advisors SA**

represented by **Joseph Peter Baratta , Sr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ottavio Vincenzo Mannarino**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Twitter Inc.**

represented by **Bruce Domenick Angiolillo**
Simpson Thacher &Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
212–455–2000
Fax: 212–455–2502
Email: bangiolillo@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Youngwood**
Simpson Thacher &Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
(212) 455–2000
Fax: (212) 455–2502
Email: jyoungwood@stblaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniel Joseph Stujenske**
Simpson Thacher &Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
(212) 455–2419
Fax: (212) 455–2502
Email: dstujenske@stblaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2013 | 1 | COMPLAINT against Twitter Inc.. (Filing Fee $ 350.00, Receipt Number 1080184)Document filed by Precedo Capital Group Inc., Continental Advisors SA.(laq) (laq). (Entered: 10/30/2013) |
| 10/30/2013 | | SUMMONS ISSUED as to Twitter Inc. (laq) (Entered: 10/30/2013) |
| 10/30/2013 | | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 10/30/2013) |
| 10/30/2013 | | Case Designated ECF. (laq) (Entered: 10/30/2013) |
| 11/06/2013 | 2 | CERTIFICATE OF SERVICE of Summons and Complaint. All Defendants. Document filed by Precedo Capital Group Inc., Continental Advisors SA. (Mannarino, Ottavio) (Entered: 11/06/2013) |
| 11/08/2013 | 3 | NOTICE OF APPEARANCE by Bruce Domenick Angiolillo on behalf of Twitter Inc.. (Angiolillo, Bruce) (Entered: 11/08/2013) |
| 11/08/2013 | 4 | NOTICE OF APPEARANCE by Jonathan K. Youngwood on behalf of Twitter Inc.. (Youngwood, Jonathan) (Entered: 11/08/2013) |
| 11/08/2013 | 5 | NOTICE OF APPEARANCE by Daniel Joseph Stujenske on behalf of Twitter Inc.. (Stujenske, Daniel) (Entered: 11/08/2013) |
| 11/13/2013 | 6 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 12/9/2013 at 04:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Shira A. Scheindlin, and as further set forth in this document. (Signed by Judge Shira A. Scheindlin on 11/13/2013) (cd) (Entered: 11/14/2013) |
| 11/14/2013 | 7 | NOTICE OF CHANGE OF ADDRESS by Ottavio Vincenzo Mannarino on behalf of All Plaintiffs. New Address: Baratta, Baratta &Aidala, LLP, 546 Fifth Avenue, New York, New York, United States 10036, 212 750 9700. (Mannarino, Ottavio) (Entered: 11/14/2013) |
| 11/14/2013 | 8 | NOTICE OF APPEARANCE by Ottavio Vincenzo Mannarino on behalf of Continental Advisors SA, Precedo Capital Group Inc.. (Mannarino, Ottavio) (Entered: 11/14/2013) |
| 11/14/2013 | 9 | STIPULATION AND ORDER: that Defendant's time to answer, move, or otherwise respond to the complaint shall be extended from November 21, 2013 until December 16, 2013. No further extensions will be granted. Twitter Inc. answer due 12/16/2013. (Signed by Judge Shira A. Scheindlin on 11/14/2013) (cd) (Entered: 11/14/2013) |
| 11/25/2013 | 11 | FIRST AMENDED COMPLAINT amending 1 Complaint against Twitter Inc. with JURY DEMAND. Document filed by Precedo Capital Group LLC, Continental Advisors SA. Related document: 1 Complaint filed by Continental Advisors SA. (rjm) (Entered: 12/03/2013) |
| 11/26/2013 | 10 | ORDER: 12/9/2013 Initial Conference reset for 12/10/2013 at 04:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 11/26/2013) (cd) (Entered: 11/27/2013) |
| 12/10/2013 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Status Conference held on 12/10/2013. (Reily, James) (Entered: 12/10/2013) |

| 12/16/2013 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Twitter Inc..(Angiolillo, Bruce) (Entered: 12/16/2013) |
|---|---|---|
| 12/16/2013 | 13 | MOTION to Dismiss *the First Amended Verified Complaint*. Document filed by Twitter Inc.. Responses due by 1/24/2014(Angiolillo, Bruce) (Entered: 12/16/2013) |
| 12/16/2013 | 14 | MEMORANDUM OF LAW in Support re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Twitter Inc.. (Angiolillo, Bruce) (Entered: 12/16/2013) |
| 12/16/2013 | 15 | DECLARATION of Bruce D. Angiolillo (with Exhibit A) in Support re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Twitter Inc.. (Angiolillo, Bruce) (Entered: 12/16/2013) |
| 01/27/2014 | 16 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MEMORANDUM OF LAW in Opposition re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Affidavit, # 4 Affidavit, # 5 Affidavit)(Mannarino, Ottavio) Modified on 1/29/2014 (ldi). (Entered: 01/27/2014) |
| 01/27/2014 | 17 | LETTER addressed to Judge Shira A. Scheindlin from Ottavio V. Mannarino dated January 24, 2014 re: Electronic Case Filing System. Document filed by Continental Advisors SA, Precedo Capital Group LLC.(Mannarino, Ottavio) (Entered: 01/27/2014) |
| 01/27/2014 | 18 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** AMENDED MEMORANDUM OF LAW in Opposition re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Attachments: # 1 Affidavit Andreea Porcelli, # 2 Affidavit Mark Porcelli, # 3 Affidavit Tim Moran, # 4 Affidavit Schnieder, # 5 Affidavit Spangler)(Mannarino, Ottavio) Modified on 1/29/2014 (ldi). (Entered: 01/27/2014) |
| 01/27/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Ottavio Vincenzo Mannarino to RE–FILE Document 16 Memorandum of Law in Opposition to Motion, 18 Memorandum of Law in Opposition to Motion. ERROR(S): Supporting/Opposing documents must be filed separately, each receiving their own document number. Affidavit in Opposition to Motion is found under the event list Replies, Opposition and Supporting Documents. NOTE: You must indicate the case number on each Affidavit before re–filing. (ldi)** (Entered: 01/29/2014) |
| 01/29/2014 | 19 | MEMORANDUM OF LAW in Opposition re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Mannarino, Ottavio) (Entered: 01/29/2014) |
| 01/29/2014 | 20 | AFFIDAVIT of Andreea Porcelli in Opposition re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Mannarino, Ottavio) (Entered: 01/29/2014) |
| 01/29/2014 | 21 | AFFIDAVIT of Mark Porcelli in Opposition re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Mannarino, Ottavio) (Entered: 01/29/2014) |
| 01/29/2014 | 22 | AFFIDAVIT of Timothy Moran in Opposition re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Mannarino, Ottavio) (Entered: 01/29/2014) |
| 01/29/2014 | 23 | AFFIDAVIT of Edward Schneider in Opposition re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Mannarino, Ottavio) (Entered: 01/29/2014) |
| 01/29/2014 | 24 | AFFIDAVIT of Danielle Spangler in Opposition re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Mannarino, Ottavio) (Entered: 01/29/2014) |

| 02/07/2014 | 25 | REPLY MEMORANDUM OF LAW in Support re: 13 MOTION to Dismiss *the First Amended Verified Complaint*.. Document filed by Twitter Inc.. (Angiolillo, Bruce) (Entered: 02/07/2014) |
|---|---|---|
| 02/11/2014 | 26 | LETTER addressed to Judge Shira A. Scheindlin from Joseph P. Baratta dated February 11, 2014 re: Affidavit in support of Plaintiff's Opposition to Defendant's Motion to Dismiss. Document filed by Continental Advisors SA, Precedo Capital Group LLC.(Mannarino, Ottavio) (Entered: 02/11/2014) |
| 02/12/2014 | 27 | LETTER addressed to Judge Shira A. Scheindlin from Bruce D. Angiolillo dated February 12, 2014 re: Response to Plaintiffs' February 11, 2014 Letter. Document filed by Twitter Inc..(Angiolillo, Bruce) (Entered: 02/12/2014) |
| 02/19/2014 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Status Conference held on 2/19/2014. (Bloomfield, Clifford) (Entered: 02/19/2014) |
| 02/19/2014 | 28 | ORDER denying 13 Motion to Dismiss. For the reasons stated during the conference held on 2/19/2014, Defendant's Motion to Dismiss the First Amended Verified Complaint is denied without prejudice, and with leave to renew. Plaintiffs shall file an amended complaint by 2/26/2014. Defendant's motion to dismiss is due 3/5/2014; Plaintiffs' opposition is due 3/12/2014; and Defendant's reply is due 3/19/2014. The Clerk of Court is directed to close this motion (Docket #13). (Signed by Judge Shira A. Scheindlin on 2/19/2014) (tro) (Entered: 02/20/2014) |
| 02/19/2014 | | Set/Reset Deadlines: Amended Pleadings due by 2/26/2014. Motions due by 3/5/2014. Responses due by 3/12/2014, Replies due by 3/19/2014. (tro) (Entered: 02/20/2014) |
| 02/26/2014 | 29 | SECOND AMENDED COMPLAINT amending 11 Amended Complaint against Twitter Inc. with JURY DEMAND.Document filed by Precedo Capital Group LLC, Continental Advisors SA. Related document: 11 Amended Complaint filed by Precedo Capital Group LLC, Continental Advisors SA. (Attachments: # 1 part 2)(lmb) (Entered: 02/28/2014) |
| 03/05/2014 | 30 | MOTION to Dismiss *the Second Amended Verified Complaint*. Document filed by Twitter Inc..(Angiolillo, Bruce) (Entered: 03/05/2014) |
| 03/05/2014 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *the Second Amended Verified Complaint*.. Document filed by Twitter Inc.. (Angiolillo, Bruce) (Entered: 03/05/2014) |
| 03/12/2014 | 32 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/19/2014 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Denise Richards, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/7/2014. Redacted Transcript Deadline set for 4/17/2014. Release of Transcript Restriction set for 6/13/2014.(Rodriguez, Somari) (Entered: 03/12/2014) |
| 03/12/2014 | 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/19/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 03/12/2014) |
| 03/12/2014 | 34 | MEMORANDUM OF LAW in Opposition re: 30 MOTION to Dismiss *the Second Amended Verified Complaint*.. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Mannarino, Ottavio) (Entered: 03/12/2014) |
| 03/19/2014 | 35 | REPLY MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *the Second Amended Verified Complaint*.. Document filed by Twitter Inc.. (Angiolillo, Bruce) (Entered: 03/19/2014) |
| 04/21/2014 | 36 | OPINION AND ORDER 104238 re: 30 MOTION to Dismiss *the Second Amended Verified Complaint* filed by Twitter Inc. For the foregoing reasons, Twitter's |

| | | motion to dismiss is GRANTED with prejudice. The Clerk of the Court is directed to close this motion (Docket No. 31) and this case. (Signed by Judge Shira A. Scheindlin on 4/21/2014) (lmb) Modified on 4/24/2014 (nt). (Entered: 04/21/2014) |
|---|---|---|
| 04/21/2014 | | Transmission to Judgments and Orders Clerk. Transmitted re: 36 Memorandum &Opinion, to the Judgments and Orders Clerk. (lmb) (Entered: 04/21/2014) |
| 04/22/2014 | 37 | CLERK'S JUDGMENT: It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated April 21, 2014, Defendants' motion to dismiss is granted and the complaint is dismissed; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 4/22/2014) (Attachments: # 1 Notice of Right to Appeal)(jno) (Main Document 37 replaced on 5/21/2014) (jno). (Entered: 04/22/2014) |
| 04/22/2014 | | Terminate Transcript Deadlines (jno) (Entered: 04/22/2014) |
| 05/21/2014 | 38 | NOTICE OF APPEAL from 37 Clerk's Judgment, 36 Memorandum &Opinion,. Document filed by Continental Advisors SA, Precedo Capital Group LLC. Filing fee $ 505.00. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Williams, Marc) (Entered: 05/21/2014) |
| 05/21/2014 | | Appeal Fee Payment: for 38 Notice of Appeal,. Filing fee $ 505.00. (Williams, Marc) (Entered: 05/21/2014) |
| 05/21/2014 | | Appeal Fee Payment: for 38 Notice of Appeal,. Filing fee $ 505.00, receipt number 0208–9696920. (Williams, Marc) (Entered: 05/21/2014) |
| 05/21/2014 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 38 Notice of Appeal,. (nd) (Entered: 05/21/2014) |
| 05/21/2014 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 38 Notice of Appeal, filed by Precedo Capital Group LLC, Continental Advisors SA were transmitted to the U.S. Court of Appeals. (nd) (Entered: 05/21/2014) |
| 05/21/2014 | 39 | AMENDED NOTICE OF APPEAL re: 38 Notice of Appeal, 37 Clerk's Judgment, 36 Memorandum &Opinion,. Document filed by Continental Advisors SA, Precedo Capital Group LLC. (Williams, Marc) (Entered: 05/21/2014) |