UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand and fourteen,

_____

Precedo Capital Group, LLC, Continental Advisors SA,   **ORDER**
                                                        Docket Number: 14-1821
Plaintiffs- Appellants,

v.

Twitter, Inc.,

Defendant - Appellee.
_____

A notice of appeal was filed on May 21, 2014 . Appellant's Form  C, D,  were  due June 5, 2014. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 29, 2014 if the forms are  not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

